**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 4:18–cr–00424 |
| | § | |
| Carlos Alberto Hernandez–Sanchez | § | |

**ORDER OF DETENTION PENDING HEARING**

A hearing in this case is scheduled as follows:

Final Hearing on Supervised Release Violation
December 28, 2023 at 01:30 PM
Courtroom 8A
United States District Court
515 Rusk Street
Houston, TX 77002

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: December 18, 2023

_____
Yvonne Y. Ho
United States Magistrate Judge